IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD SHERMAN**, *et al* | : | **CIVIL ACTION** |
| v. | : : : | **NO. 17-4822** |
| **STATE FARM INSURANCE COMPANY** | : : | |

## ORDER

**AND NOW**, this 17th day of November 2017, upon considering Defendant's Partial Motion to dismiss Counts II and III and claims for attorney fees in Count I (ECF Doc. No. 4), Plaintiffs' Opposition (ECF Doc. No. 6) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 4) is **GRANTED without prejudice** for Plaintiffs to file an amended complaint no later than **November 28, 2017** meeting the requirements for pleading statutory bad faith consistent with the accompanying Memorandum.

KEARNEY, J.